Ross E. Shanberg (SBN 179842)
Shane C. Stafford (SBN 216151)
Aaron A. Bartz (SBN 198722)
SHANBERG, STAFFORD & BARTZ, LLP
19200 Von Karman Avenue, Suite 400
Irvine, California 92612
Telephone:  (949) 622-5444
Facsimile:   (949) 622-5448
Email: rshanberg@ssbfirm.com

Attorneys for Plaintiff LINDA DE SANTOS
and all others similarly situated

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA DE SANTOS an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ACO OIL COMPANY, a California corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 1:14-CV-00738-JLT<br><br>Assigned to Hon. Jennifer L. Thurston<br><br>**JOINT STIPULATION TO CONTINUE THE PLEADING AMENDMENT DEADLINE; ORDER; DECLARATION OF SHANE C. STAFFORD IN SUPPORT THEREOF**<br><br>(Doc. 15) |

Plaintiff, LINDA DE SANTOS and Defendant JACO OIL COMPANY ("JACO"), by and through their attorneys of record, hereby stipulate as follows:

**Whereas**, Plaintiff has filed a class action based on Defendant JACO's alleged violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* ("FCRA"), and the Investigative Consumer Reporting Agencies Act, California Civil Code § 1786, *et seq.* ("ICRAA");

**Whereas**, the Court issued its Amended Scheduling Order on August 27, 2014, ordering that all pleading amendments be filed no later than February 13, 2015;

**Whereas**, on October 28, 2014, Plaintiff propounded Special Interrogatories and Requests for Production of Documents on Defendant JACO to investigate her claims regarding Defendant's unlawful practices;

**Whereas**, Defendant JACO's responses to Plaintiff's discovery were due on or before December 1, 2014;

**Whereas**, the parties agreed to a 30-day extension of time for Defendant JACO to respond to Plaintiff's discovery, which will now be due on or before December 31, 2014;

**Whereas**, the parties further agreed to a 60-day extension of time for the parties to file pleading amendments, from February 13, 2015 to April 13, 2015, in the event Plaintiff uncovers additional entities that should be named as defendants in this matter.

///
///
///
///
///
///
///

**IT IS THEREFORE STIPULATED THAT** the cutoff for the parties to file pleading amendments be continued 60-days from February 13, 2015 to April 13, 2015.

DATED: November 25, 2014     SHANBERG STAFFORD & BARTZ LLP

By:   /s/ Shane C. Stafford
      SHANE C. STAFFORD
      ROSS E. SHANBERG
      AARON A. BARTZ
      Attorneys for Plaintiff
      LINDA DE SANTOS,
      and all others similarly situated

DATED: November 25, 2014     KLEIN, DENATALE, GOLDNER,
                             COOPER, ROSENLIEB & KIMBALL LLP

By:   /s/ Connie M. Parker
      David J. Cooper
      Connie M. Parker
      Attorneys for Defendant
      JACO OIL COMPANY

-3-
JOINT STIPULATION TO CONTINUE PLEADING AMENDMENT DEADLINE; ORDER;
DECLARATION OF SHANE C. STAFFORD IN SUPPORT THEREOF

# ORDER

Pursuant to the Stipulation of the parties, and for good cause shown, the Court **ORDERS**:

1. The scheduling order (Doc. 12) is amended to extend the pleading amendment deadline to **April 13, 2015**;

2. No other amendments, including the deadline to complete discovery, are authorized.

IT IS SO ORDERED.

Dated:   **November 25, 2014**            **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE