Ross E. Shanberg (SBN 179842)
Shane C. Stafford (SBN 216151)
Aaron A. Bartz (SBN 198722)
SHANBERG, STAFFORD & BARTZ, LLP
19200 Von Karman Avenue, Suite 400
Irvine, California 92612
Telephone:  (949) 622-5444
Facsimile:   (949) 622-5448
Email: rshanberg@ssbfirm.com

Attorneys for Plaintiff LINDA DE SANTOS
and all others similarly situated

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA DE SANTOS an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>JACO OIL COMPANY, a California corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 1:14-CV-00738-JLT<br><br>**JOINT STIPULATION FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT AND FOR DEFENDANT TO FILE AN ANSWER TO FIRST AMENDED COMPLAINT; [PROPOSED] ORDER**<br><br>(Doc. 23) |

Plaintiff, LINDA DE SANTOS and Defendant JACO OIL COMPANY ("JACO"), by and through their attorneys of record, hereby stipulate as follows:

**Whereas**, Plaintiff filed a class action on May 16, 2014, based on Defendant JACO's alleged violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* ("FCRA"), and the Investigative Consumer Reporting Agencies Act, California Civil Code § 1786, *et seq.* ("ICRAA");

**Whereas**, the parties hereby stipulate, by and between their respective attorneys of record, that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto as Exhibit "A."

It is further stipulated that the First Amended Complaint shall be deemed filed as of the date this Stipulation is approved by the Court, and that Defendants will be deemed to have been served on the same date.

Whereas, the parties further stipulate, by and between their respective attorneys of record, that JACO, along with the additional defendants named in the First Amended Complaint, may file an Answer to First Amended Complaint, a copy of which is attached hereto as Exhibit "B."

///

///

///

///

-2-
JOINT STIPULATION FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT; [~~PROPOSED~~] ORDER

It is further stipulated that the Answer to First Amended Complaint shall be deemed filed as of the date this Stipulation is approved by the Court, and that Plaintiff will be deemed to have been served on the same date.

DATED:   April 7, 2015          SHANBERG STAFFORD & BARTZ LLP


                                By:      /s/ Shane C. Stafford
                                     SHANE C. STAFFORD
                                     ROSS E. SHANBERG
                                     AARON A. BARTZ
                                     Attorneys for Plaintiff
                                     LINDA DE SANTOS,
                                     and all others similarly situated


DATED:   April 7, 2015          KLEIN, DENATALE, GOLDNER,
                                COOPER, ROSENLIEB & KIMBALL LLP


                                By:      /s/ Connie M. Parker
                                     David J. Cooper
                                     Connie M. Parker
                                     Attorneys for Defendant
                                     JACO OIL COMPANY

-3-
JOINT STIPULATION FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT;
[PROPOSED] ORDER

**[PROPOSED] ORDER**

Based upon the stipulation of the parties, the Court **ORDERS:**

1. Plaintiff's may file her First Amended Complaint within two court days;

2. Defendants' Answer to the First Amended Complaint shall be filed no later than five court days thereafter.

IT IS SO ORDERED.

Dated:   **April 8, 2015**                              **/s/ Jennifer L. Thurston**
                                                       UNITED STATES MAGISTRATE JUDGE