Ross E. Shanberg (SBN 179842)
Shane C. Stafford (SBN 216151)
Aaron A. Bartz (SBN 198722)
SHANBERG, STAFFORD & BARTZ, LLP
19200 Von Karman Avenue, Suite 400
Irvine, California 92612
Telephone:  (949) 622-5444
Facsimile:   (949) 622-5448
Email: rshanberg@ssbfirm.com

Attorneys for Plaintiff LINDA DE SANTOS
and all others similarly situated

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA DE SANTOS an individual, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> JACO OIL COMPANY, a California corporation; and DOES 1 through 100, inclusive, <br><br> Defendants. | CASE NO. 1:14-CV-00738-JLT <br><br> **NOTICE OF SETTLEMENT AND STIPULATION TO EXTEND DEADLINE TO FILE DISPOSITIONAL DOCUMENTS PURSUANT TO LOCAL RULE 160; [PROPOSED] ORDER** <br><br> (Doc. 27) |

**PLEASE TAKE NOTICE** the parties have agreed to terms of settlement that would resolve this matter in its entirety, pending Court approval.  The parties have executed a Memorandum of Understanding as of May 13, 2015, and anticipate circulating and executing a long form settlement agreement within approximately one to two weeks, or by May 27, 2015.

Plaintiff will then prepare and file a Motion for Preliminary Approval of Class Action Settlement.  Therefore, the parties hereby stipulate, by and through their attorneys of record, that the 21-day deadline for filing dispositional documents be extended from June 3, 2015 to June 12, 2015.

DATED:   May 13, 2015      SHANBERG STAFFORD & BARTZ LLP


By:     /s/ Shane C. Stafford
       SHANE C. STAFFORD
       ROSS E. SHANBERG
       AARON A. BARTZ
       Attorneys for Plaintiff
       LINDA DE SANTOS,
       and all others similarly situated

DATED:   May 13, 2015      KLEIN, DENATALE, GOLDNER,
              COOPER, ROSENLIEB & KIMBALL LLP


By:     /s/ David J. Cooper
       David J. Cooper
       Connie M. Parker
       Attorneys for Defendants
       JACO OIL COMPANY, FASTRIP
       FOOD STORES, INC., FASTRIP
       FOOD STORES OF FRESNO, INC.,
       FASTRIP FINANCIAL, LP,
       INSTANT STORAGE, LLC,
       BROOKE UTILITIES, INC.,
       WHOLESALE FUELS, INC.

# [~~PROPOSED~~] ORDER

Pursuant to the Stipulation of the parties, and for good cause shown, the Court **ORDERS AS FOLLOWS**:

1. The request for preliminary approval of class settlement SHALL be filed no later than **July 3, 2015**;

2. All pending deadlines, dates and hearings are **VACATED**.

IT IS SO ORDERED.

Dated:   **May 14, 2015**            **/s/ Jennifer L. Thurston**
                                     UNITED STATES MAGISTRATE JUDGE