**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINDA DE SANTOS,<br>Plaintiff,<br>v.<br>JACO OIL COMPANY, et al.,<br>Defendants. | Case No.: 1:14-cv-00738-JLT<br>ORDER GRANTING FINAL APPROVAL OF THE CLASS NOTICE PACKET<br>(Doc. 35) |

On March 10, 2015, Plaintiff submitted the Class Notice and Request for Exclusion for the Court's approval. (Doc. 35) Plaintiff complied with the Court's orders regarding its contents, and the Class Notice contains the information required by Rule 23(c) of the Federal Rules of Civil Procedure, including the nature of the action, the class definition approved by the Court, the claims and issues to be resolved, how a class member may chose to be excluded from the class, and the binding effect of a class judgment. For these reasons, final approval of the Class Notice (Doc. 35) is **GRANTED**.

IT IS SO ORDERED.

Dated: **July 27, 2015**

**/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE